NH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hassan Ayyoubi, | No.   CV-26-02953-PHX-DWL (ASB) |
| Petitioner, | |
| v. | **ORDER TO SHOW CAUSE** |
| Todd Blanche, et al., | |
| Respondents. | |

Petitioner Hassan Ayyoubi, who is represented by counsel, filed this action under 28 U.S.C. § 2241 challenging his immigration detention.[1] (Doc. 1.)

As alleged, Petitioner is a citizen of Iran who entered the United States on January 5, 2025 and was detained by immigration authorities. The Department of Homeland Security initiated removal proceedings against Petitioner and he was ordered removed by an Immigration Judge (IJ) on May 12, 2025. His removal order became administratively final on June 11, 2025.

On November 18, 2025, Petitioner's spouse was granted asylum. Petitioner's immigration counsel filed a "motion to reopen and terminate" based on Petitioner being a derivative of his spouse's application. The IJ denied the motion to reopen and Petitioner appealed the denial to the Board of Immigration Appeals on December 15, 2025. Petitioner was also granted a stay of removal based on the pending appeal.

---

[1] Petitioner also filed a Motion for Temporary Restraining Order (Doc. 2). Because the Court is ordering Respondents to promptly show cause why the Petition should not be granted, the Court finds that Petitioner is not entitled to injunctive relief at this time.

Petitioner has remained continuously detained for over 15 months and challenges his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention is prolonged and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1.)

Respondents must show cause why the Petition should not be granted. Any response must be supported by documentary evidence including, if applicable, affidavits signed under penalty of perjury by individuals with personal knowledge of the factual statements made therein.

**IT IS ORDERED:**

(1)    Petitioner's Motion for Temporary Restraining Order (Doc. 2) is **denied without prejudice**.

(2)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) and a copy of this Order on Respondents.

(3)    If not already issued, the Clerk of Court must issue any properly completed summonses.

(4)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5)    Respondents must show cause no later than **May 11, 2026**, why the Petition should not be granted.

(6)    Petitioner may file a reply no later than **May 14, 2026**.

Dated this 30th day of April, 2026.

_____
Dominic W. Lanza
United States District Judge

- 2 -