# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Hassan Ayyoubi,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

No. CV-26-02953-PHX-DWL (ASB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.)  The Court directed Respondents to respond to the Petition. (Doc. 5.) In their Response, Respondents state:

> Undersigned counsel is unable to ascertain sufficient facts to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 10.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his *Zadvydas* claim.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **granted** as to his claim under *Zadvydas*.  Any remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **two days** of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 12th day of May, 2026.

Dominic W. Lanza
United States District Judge